AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

DON BOSTON, SHARONDA JOHNSON & SUNSHINE RANDLE, Plaintiffs )
)
v. )   Case No.: 4:11-CV-01566
HARRIS COUNTY, TEXAS, B. KATRIB & J. DENHAM, Defendants )
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/26/2014__ against __Plaintiffs Boston & Randle__.
                                                                                                  *Date*

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ _____ |
| Fees for service of summons and subpoena | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 1,049.05 |
| Fees and disbursements for printing | _____ |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | _____ |
| Docket fees under 28 U.S.C. 1923 | _____ |
| Costs as shown on Mandate of Court of Appeals | _____ |
| Compensation of court-appointed experts | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | _____ |
| Other costs (please itemize) | _____ |
| **TOTAL** | **$ 1,049.05** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service *(Boston)*   ☑ First class mail, postage prepaid *(Randle)*

☐ Other: _____

s/ Attorney:   [s] Lisa R. Hulsey [s] Mary Baker (on behalf of Harris County)

Name of Attorney: Lisa R. Hulsey

For:   reimbursement to Defendant Harris County, Texas       Date: 04/09/2014
          *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____       By: _____       _____
*Clerk of Court*                                *Deputy Clerk*                          *Date*

# INVOICE

**Stratos Legal**
*Raising the bar.*
*Nationwide.*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 630583 | 12/12/2012 | Net 30 @ 1.5% |
| Order No. | Order Date | Case No. |
| 38957.001 | 11/6/2012 | 4:11-CV-01566 |

| Case Name |
|---|
| Boston, et al v. Harris County, Texas, et al. |

| Records Pertaining To |
|---|
| HPD Incident No. 008969410-E |

Lisa Hulsey
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Houston Police Department<br>Records Department<br>1200 Travis, 23rd Floor<br>Houston, TX 77002 | Lisa Hulsey<br>Harris County Attorney's Office<br>1019 Congress, 15th Floor<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Description | | | | |
|---|---|---|---|---|
| HPD Incident No. 008969410-E (Any & All Records) | 367.00 Pages | | | |
| Custodian Fee | | | 54.50 | 54.50 |
| Subpoena Base Fee | | | 65.00 | 65.00 |
| Witness Fee | | | 1.00 | 1.00 |
| Notice of Delivery to Court | | | 10.00 | 10.00 |
| Delivery | | | 8.00 | 8.00 |
| Sealed Court Copy | 367.00 | @ | 0.50 | 183.50 |
| Working Copy | 367.00 | @ | 0.40 | 146.80 |
| Postage | | | 2.00 | 2.00 |
| DVDs | 5.00 | @ | 20.00 | 100.00 |
| **TOTAL DUE >>>** | | | | **$570.80** |
| (-) Payments/Credits: | | | | 570.80 |
| (+) Finance Charges/Debits: | | | | 0.00 |
| (=) New Balance: | | | | $0.00 |

Tax ID: 26-1934862

Phone: 713-755-5101   Fax: 713-755-8924

*Please detach bottom portion and return with payment.*

---

Lisa Hulsey
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, TX 77002

Invoice No.   :  630583
Invoice Date  :  12/12/2012
**Total Due**    :  **$0.00**

Order No.     :  38957.001
BU ID         :  1-HOU
Case No.      :  4:11-CV-01566
Case Name     :  Boston, et al v. Harris County, Texas, et al.

Remit To:   Stratos Legal Record Services, LP
            4299 San Felipe, Ste. 350
            Houston, TX 77027

# INVOICE

**Stratos Legal**
Raising the bar.
Nationwide.
800.971.1127•www.stratoslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142426 | 5/7/2013 | 65682 |
| Job Date | Case No. | |
| 5/6/2013 | | |
| Case Name | | |
| | | |
| Payment Terms | | |
| Due upon receipt | | |

Mary E. Baker
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX 77002

ORIGINAL TRANSCRIPT OF:
    DON BOSTON AUDIO TRANSCRIPTION            31.00 Pages     162.75
       E-Transcript Fee                                                             35.00
       Shipping & Handling                                        15.00

**TOTAL DUE >>>**      **$212.75**

Thank you. Your business is appreciated. We now take Visa, Master Card & American Express.

(-) Payments/Credits:     212.75
(+) Finance Charges/Debits:     0.00
(=) New Balance:     **$0.00**

Tax ID: 20-3092682                               Phone: 713-755-5101     Fax: 713-755-8924

*Please detach bottom portion and return with payment.*

Mary E. Baker
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX 77002

Invoice No.     :     142426
Invoice Date     :     5/7/2013
**Total Due**     :     **$0.00**

Job No.     :     65682
BU ID     :     MAIN
Case No.     :
Case Name     :

Remit To:     **Stratos Legal Services, LP**
                4295 Felipe, Suite 125
                **Houston, TX 77027**

# INVOICE

**Stratos Legal**
Raising the bar.
Nationwide.
800.971.1127 • www.stratoslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142427 | 5/7/2013 | 65683 |
| Job Date | Case No. | |
| 5/6/2013 | | |

| Case Name |
|---|
| |

| Payment Terms |
|---|
| Due upon receipt |

Mary E. Baker
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX  77002

| | | |
|---|---|---|
| Audio Tape Transcription | | |
| SUNSHINE RANDLE AUDIO TRANSCRIPTION | 22.00 Pages | 115.50 |
| E-Transcript Fee | | 35.00 |
| Shipping & Handling | | 15.00 |
| | **TOTAL DUE >>>** | **$165.50** |

Thank you. Your business is appreciated. We now take Visa, Master Card & American Express.

| | |
|---|---|
| (-) Payments/Credits: | 165.50 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

Tax ID: 20-3092682                                                       Phone: 713-755-5101   Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mary E. Baker
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 142427 |
| Invoice Date | : | 5/7/2013 |
| **Total Due** | : | **$0.00** |

Remit To:   Stratos Legal Services, LP
           4295 San Felipe, Suite 125
           Houston, TX  77027

| | | |
|---|---|---|
| Job No. | : | 65683 |
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | |

# INVOICE

**Stratos Legal**
Raising the bar.
Nationwide.
800.971.1127 • www.stratoslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 138927 | 1/31/2013 | 62214 |
| Job Date | Case No. | |
| 1/31/2013 | 4:11-CV-01566 | |

| Case Name |
|---|
| Don Boston, et al vs. Harris County, TX, et al |

| Payment Terms |
|---|
| Due upon receipt |

Mary E. Baker
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX 77002

Certificate of Non Appearance
    Sunshine Randle
        CNA                                                             100.00

TOTAL DUE >>>     $100.00

Thank you. Your business is appreciated. We now take Visa, Master Card & American Express.

(-) Payments/Credits:     100.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     $0.00

Tax ID: 20-3092682         Phone: 713-755-5101   Fax: 713-755-8924

*Please detach bottom portion and return with payment.*

Mary E. Baker
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX 77002

Invoice No.   :  138927
Invoice Date  :  1/31/2013
Total Due    :  $0.00

Remit To:  Stratos Legal Services, LP
           4295 San Felipe, Suite 125
           Houston, TX 77027

Job No.    :  62214
BU ID     :  MAIN
Case No.   :  4:11-CV-01566
Case Name  :  Don Boston, et al vs. Harris County, TX, et al